## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO.** 1:22CR-022 |
| **Plaintiff,** | : | |
| | : | **JUDGE** J. BLACK |
| **v.** | : | |
| | : | **I N D I C T M E N T** |
| **JAMES EDWARDS,** | : | |
| | : | **18 U.S.C. § 641 – Count 1** |
| **Defendant.** | : | |
| | : | |

**THE GRAND JURY CHARGES**:

### COUNT 1
### (Theft of Public Money)

From in or about January 2016, and continuing through in or about June 2020, in the Southern District of Ohio, the defendant, **JAMES EDWARDS**, did knowingly and willfully embezzle, steal, purloin, and convert to his own use and the use of another, on a recurring basis, money belonging to the United States and a department and agency thereof in a total amount greater than $1,000, namely, Social Security benefits having a value of approximately $42,592.

**In violation of Title 18, United States Code, Section 641.**

**A TRUE BILL**

_____/s/_____

**GRAND JURY FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

_____

**TIMOTHY LANDRY**
**SPECIAL ASSISTANT UNITED STATES ATTORNEY**

TSM